UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MICHAEL JAKES ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CAUSE NO.: 2:20-cv-00475-TLS-JPK |
| ) | |
| OFFICER E. REID and ) | |
| OFFICER K. JACOBS ) | |
| Defendants. ) | |

**AMENDED COMPLAINT**

COME NOW, Plaintiff, Michael Jakes, by Counsel Russell W. Brown, Jr. of King, Brown & Murdaugh, LLC and for his Complaint for Damages against the defendants, Officer E. Reid and Officer K. Jacobs and allege as follows:

**JURISDICTION, BACKGROUND & VENUE**

1. This action is brought pursuant to 42 U.S.C. § 1983 to redress the deprivation under color of law of Michael Jakes's rights as secured by the United States Constitution.

2. While Mr. Jakes was outside of his parent's house, Officers of the Merrillville Police Department, including the defendants, arrived at the location. Defendants opened Mr. Jakes's car door, pulled him from his vehicle and slammed him onto the ground. Defendants then placed Mr. Jakes in hand cuffs. A short time later, Mr. Jakes was assisted to his feet, the handcuffs were removed and Defendants left the area.

3. The incidents complained of herein occurred in the County of Lake, State of Indiana.

## THE PARTIES

4. On or about November 23, 2018 and at all relevant times thereafter, Michael Jakes was a resident of Lake County, State of Indiana.

5. On or about November 23, 2020 and at all relevant times thereafter, Defendant E. Reid was a sworn police officer of the City of Merrillville Police Department and was acting under color of state law.

6. On or about November 23, 2020 and at all relevant times thereafter, Defendant K. Jacobs was a sworn police officer of the City of Merrillville Police Department and was acting under color of state law.

## COUNT I: SECTION 1983 EXCESSIVE FORCE
### Against Defendants E. Reid and K. Jacobs

7. Plaintiff, by reference, incorporates and re-alleges all proceeding rhetorical paragraphs, numbered 1-6, and make them a part herein.

8. On or about November 23, 2018, Defendants arrived at Plaintiff's home, located at 4030 W. 73rd Place, Merrillville, IN 46410 for an unknown reason.

9. Plaintiff was sitting in his vehicle at the time that Defendants arrived at his residence.

10. Defendants pulled him out of his vehicle, slammed him onto the ground, placed their foot on his throat and held him at gun point.

11. Plaintiff was placed into handcuffs.

12. A short time later, Plaintiff was assisted to his feet, handcuffs were removed and Defendants left the area.

13. Defendants' actions were unreasonable based on the totality of the circumstances surrounding Plaintiff's injuries.

14. Defendants' actions were without justification or provocation.

15. Plaintiff did not resist or otherwise try to escape that would give Defendants' justification for slamming him to the ground, placing a foot on his throat and holding him at gun point.

16. Defendants' actions, as described above, were under the color of state law.

17. This Complaint against the individual defendants is for damages arising out of the violation of civil rights pertaining to Plaintiff which are in direct violation of the United States Constitution.

## **COUNT II: SECTION 1983 ILLEGAL SEARCH AND SEIZURE**
## **Against Defendants E. Reid and K. Jacobs**

18. Each paragraph of this Complaint is incorporated as if restated fully herein.

19. Defendants seized Plaintiff's person without probable cause.

20. As a result of Defendants' illegal seizure of Plaintiff, Plaintiff suffered physical and emotional injuries.

21. The Defendants' actions, as described above, were under the color of state law.

22. This Complaint against the individual defendants is for damages arising out of the violation of civil rights pertaining to Plaintiff which are in direct violation of the United States Constitutions.

23. Plaintiff had a clearly established right to be free from unreasonable search and seizure under the Fourth Amendment to the United States Constitution.

24. Defendants subjected Plaintiffs to an unreasonable search and seizure under the Fourth Amendment to the United States Constitution.

## **PRAYER FOR DAMAGES**

WHEREFORE, having asserted various causes of action and alleging facts in support thereof, the Plaintiff, Michael Jakes, prays for judgment and damages against the Defendants as previously stated and as follows:

a. awarding the Plaintiff general and/or compensatory damages, including without limitation damages for his pain and suffering, mental anguish, embarrassment, humiliation, and/or general emotional distress, in amounts to be determined at trial;

b. awarding the Plaintiff punitive damages for the Defendants' willful and/or malicious violation of their civil rights or its reckless indifference to their civil rights;

c. awarding the Plaintiff his costs and attorney's fees;

d. awarding the Plaintiff treble damages in an amount up to three times the amount of his compensatory damages for the egregious nature of Defendants' actions.

e. for all other legal and/or equitable relief this Court deems just and proper in the premises.

Dated this 27th day of July, 2021.

Respectfully submitted,

King, Brown & Murdaugh, LLC

By: /s/ Russell W. Brown, Jr.
    Russell W. Brown, Jr. #29628-64
    Attorney for Plaintiff
    Barrister Court
    9211 Broadway
    Merrillville, IN  46410
    219/769-6300 - Fax 219/769-0633

## **REQUEST FOR JURY TRIAL**

The Plaintiff, Michael Jakes respectfully requests that this cause be tried by jury.

                                        Respectfully submitted,

                                        King, Brown & Murdaugh, LLC


                                        By:/s/ Russell W. Brown, Jr.
                                           Russell W. Brown, Jr. #29628-64
                                           Attorney for Plaintiff
                                           Barrister Court
                                           9211 Broadway
                                           Merrillville, IN  46410
                                           219/769-6300 - Fax 219/769-0633